1 Jeffrey Willis, Esq.
Nevada Bar No. 4797
2 Nathan G. Kanute, Esq.
Nevada Bar No. 12413
3 SNELL & WILMER L.L.P.
4 50 West Liberty Street, Suite 510
Reno, Nevada 89501
5 Telephone: 775-785-5440
Facsimile: 775-785-5441
6 Email: jwillis@swlaw.com
7          nkanute@swlaw.com

8 *Attorneys for Plaintiff Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national association;<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC, SERIES 1851 HILLPOINTE RD, a Nevada limited-liability company; SERENADE HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation;<br><br>Defendants. | Case No. 2:17-cv-00780-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS**<br><br>**(SECOND REQUEST)** |

Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") and Defendant Saticoy Bay LLC, Series 1851 Hillpointe Rd ("Saticoy", collectively with Wells Fargo, the "Parties") hereby stipulate and agree that Wells Fargo's opposition to Saticoy's Motion to Dismiss ("Motion to Dismiss", ECF No. 13), which is currently due July 13, 2017, may be extended to August 3, 2017.

Wells Fargo is in the process of assessing the Motion to Dismiss and the arguments raised therein. Further, the undersigned counsel needs to attend to some family medical issues over the next couple weeks. Accordingly, additional time will be required to respond to the arguments. Wells Fargo is also assessing recent decisions and orders from other Courts that may have an effect on its response to the Motion to Dismiss. Accordingly, good cause exists for the extension.

4822-7598-8555

Based on the foregoing, the Parties respectfully request that the Court grant this Stipulation.

DATED this 6th day of July, 2017.

LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD

By: */s/ Adam R. Trippiedi (by permission)*
    Michael F. Bohn, Esq.
    Nevada Bar No. 1641
    Adam R. Trippiedi, Esq.
    Nevada Bar No. 12294
    376 East Warm Springs Road, Ste. 140
    *Attorneys for Saticoy Bay, LLC Series 1851 Hillpointe Rd*

DATED this 6th day of July, 2017.

SNELL & WILMER L.L.P.

By: */s/ Nathan G. Kanute*
    Jeffrey Willis, Esq.
    Nevada Bar No. 4797
    Nathan G. Kanute, Esq.
    Nevada Bar No. 12413
    50 West Liberty Street, Suite 510
    Reno, Nevada 89501
    *Attorneys for Wells Fargo Bank, N.A.*

**IT IS SO ORDERED**.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 10th day of July, 2017.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: July 6, 2017

/s/ Lara J. Taylor
An Employee of Snell & Wilmer L.L.P.

4822-7598-8555