Jeffrey Willis, Esq.
Nevada Bar No. 4797
Nathan G. Kanute, Esq.
Nevada Bar No. 12413
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: jwillis@swlaw.com
       nkanute@swlaw.com

*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national association;<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC, SERIES 1851 HILLPOINTE RD, a Nevada limited-liability company; SERENADE HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation;<br><br>Defendants. | Case No. 2:17-cv-00780-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY IN SUPPORT OF THE COUNTERMOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") and Defendants Saticoy Bay LLC, Series 1851 Hillpointe Rd ("Saticoy") and Serenade Homeowners Association ("Serenade", collectively with Wells Fargo and Saticoy, the "Parties") hereby stipulate and agree that Wells Fargo's reply in support of its Countermotion for Summary Judgment ("MSJ", ECF No. 23), which is currently due September 7, 2017, may be extended to September 21, 2017.

Wells Fargo is in the process of assessing the oppositions to the MSJ filed by Saticoy and Serenade and the arguments raised therein and needs additional time to do so. Wells Fargo is also assessing recent decisions and orders from other Courts that may have an effect on its reply in support of the MSJ. Accordingly, good cause exists for the extension.

4826-0693-9470

Based on the foregoing, the Parties respectfully request that the Court grant this Stipulation.

DATED this 29th day of August, 2017.

LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD

By: */s/ Michael F. Bohn*
   Michael F. Bohn, Esq.
   Nevada Bar No. 1641
   Adam R. Trippiedi, Esq.
   Nevada Bar No. 12294
   376 East Warm Springs Road, Ste. 140
   *Attorneys for Saticoy Bay, LLC Series 1851 Hillpointe Rd*

DATED this 29th day of August, 2017.

SNELL & WILMER L.L.P.

By: */s/ Nathan G. Kanute*
   Jeffrey Willis, Esq.
   Nevada Bar No. 4797
   Nathan G. Kanute, Esq.
   Nevada Bar No. 12413
   50 West Liberty Street, Suite 510
   Reno, Nevada 89501
   *Attorneys for Wells Fargo Bank, N.A.*

DATED this 29th day of August, 2017.

TYSON & MENDES LLP

By: */s/Thomas E. McGrath*
   Thomas E. McGrath, Esq.
   Nevada Bar No. 7086
   Betsy C. Jefferis, Esq.
   Nevada Bar No. 12980
   8275 South Eastern Avenue, Ste. 115
   Las Vegas, Nevada 89123
   *Attorneys for Serenade Homeowners Association*

**IT IS SO ORDERED**.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 30th day of August, 2017.

4826-0693-9470

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: August 29, 2017

/s/ Lara J. Taylor
An Employee of Snell & Wilmer L.L.P.

4826-0693-9470