Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Nathan G. Kanute, Esq.
Nevada Bar No. 12413
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: afugazzi@swlaw.com
       nkanute@swlaw.com

*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national association;<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC, SERIES 1851 HILLPOINTE RD, a Nevada limited-liability company; SERENADE HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation;<br><br>Defendants. | Case No. 2:17-cv-00780-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO SATICOY BAY LLC SERIES 185 HILLPOINTE RD'S RENEWED MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") and Defendants Saticoy Bay LLC, Series 1851 Hillpointe Rd ("Saticoy", collectively with Wells Fargo, the "Parties") hereby stipulate and agree, and respectfully request that the Court order, that the deadline for Wells Fargo's response to Saticoy's Renewed Motion to Dismiss ("MTD") [ECF No. 32] may be extended from September 13, 2018 to September 27, 2018.

Wells Fargo is in the process of assessing the MTD filed by Saticoy and the arguments raised therein and needs additional time to do so. Wells Fargo is also assessing recent decisions and orders from other Courts that may have an effect on its opposition to the MTD. Additionally, the undersigned counsel for Wells Fargo is currently in preparation for a trial before the United

4852-2367-3713

States Bankruptcy Court for the District of Nevada and will be in trial when the opposition to the MTD is currently due. Finally, the Parties also desire more time to continue their discussions about a potential resolution of this matter. Accordingly, good cause exists for the extension.

Based on the foregoing, the Parties respectfully request that the Court grant this Stipulation.

DATED this 11th day of September, 2018.

LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD

By: */s/ Adam R. Trippiedi*
   Michael F. Bohn, Esq.
   Nevada Bar No. 1641
   Adam R. Trippiedi, Esq.
   Nevada Bar No. 12294
   2260 Corporate Circle, Suite 480
   Henderson, NV 89074
   *Attorneys for Saticoy Bay, LLC Series 1851 Hillpointe Rd*

DATED this 11th day of September, 2018.

SNELL & WILMER L.L.P.

By: */s/ Nathan G. Kanute*
   Alex L. Fugazzi, Esq.
   Nevada Bar No. 9022
   Nathan G. Kanute, Esq.
   Nevada Bar No. 12413
   50 West Liberty Street, Suite 510
   Reno, Nevada 89501
   *Attorneys for Wells Fargo Bank, N.A.*

**IT IS SO ORDERED**.

_____
RICHARD F. BOULWARE, II
United States District Court

DATED: September 13, 2018.

4852-2367-3713

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: September 11, 2018

/s/ Lara J. Taylor
An Employee of Snell & Wilmer L.L.P.

4852-2367-3713