Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Nathan G. Kanute, Esq.
Nevada Bar No. 12413
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada  89501
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: afugazzi@swlaw.com
          nkanute@swlaw.com

*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national association; | Case No. 2:17-cv-00780-RFB-GWF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO SATICOY BAY LLC SERIES 185 HILLPOINTE RD'S RENEWED MOTION TO DISMISS** |
| vs. | |
| SATICOY BAY LLC, SERIES 1851 HILLPOINTE RD, a Nevada limited-liability company; SERENADE HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; | **(SECOND REQUEST)** |
| Defendants. | |

Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") and Defendants Saticoy Bay LLC, Series 1851 Hillpointe Rd ("Saticoy", collectively with Wells Fargo, the "Parties") hereby stipulate and agree, and respectfully request that the Court order, that the deadline for Wells Fargo's response to Saticoy's Renewed Motion to Dismiss ("MTD") [ECF No. 32] may be extended from September 27, 2018 to October 11, 2018.

Wells Fargo is in the process of assessing the MTD filed by Saticoy and needs additional time to do so based on counsel's trial schedule. Additionally, the Parties are in settlement discussions to see if this matter can be resolved without need for briefing on the MTD or further expense in litigation.  Accordingly, good cause exists for the extension.

4834-4301-3747

*Snell & Wilmer*
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775 785-5440

Snell & Wilmer
——— L.L.P. ———
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775·785·5440

1    Based on the foregoing, the Parties respectfully request that the Court grant this

2  Stipulation.

3

4  DATED this 26th day of September, 2018.     DATED this 26th day of September, 2018.

5  LAW OFFICES OF MICHAEL F. BOHN,      SNELL & WILMER L.L.P.
   ESQ., LTD

6                                                By: ___/s/ Nathan G. Kanute_____
   By: /s/Adam Trippiedi_____               Alex L. Fugazzi, Esq.

7      Michael F. Bohn, Esq.                       Nevada Bar No. 9022
       Nevada Bar No. 1641                         Nathan G. Kanute, Esq.

8      Adam R. Trippiedi, Esq.                     Nevada Bar No. 12413
       Nevada Bar No. 12294                        50 West Liberty Street, Suite 510

9      2260 Corporate Circle, Suite 480           Reno, Nevada  89501

10     Henderson, NV 89074                        *Attorneys for Wells Fargo Bank, N.A.*
       *Attorneys for Saticoy Bay, LLC Series*

11     *1851 Hillpointe Rd*

12

13

14

15

16     **IT IS SO ORDERED**.

17     _____

18     RICHARD F. BOULWARE, II
       UNITED STATES DISTRICT JUDGE

19     DATED this  27th day of September, 2018.

20

21

22

23

24

25

26

27

28

- 2 -

4834-4301-3747

1   **CERTIFICATE OF SERVICE**

2       I hereby certify that on this date, I electronically filed the foregoing with the Clerk of

3   Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system.

4   Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

5       DATED: September 26, 2018

6                                               /s/ Lara J. Taylor
7                                               An Employee of Snell & Wilmer L.L.P.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4834-4301-3747